JS6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ELITE-TRC ALHAMBRA COMMUNITY LLC, a Delaware limited liability company,<br><br>  Plaintiff,<br><br>vs.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; and DOES 1 – 50,<br><br>  Defendants. | Case No.: 21-cv-07806 RGK (MAAx)<br><br>[Hon. R. Gary Klausner]<br><br>**ORDER OF DISMISSAL**   [24] |

1 | Pursuant to the stipulation of the parties, this action is dismissed in its entirety
2 | with prejudice pursuant to Rule 41(a)(1)(A)(ii) with each party to bear its own fees
3 | and costs.

DATED: 7/18/2022

*Gary Klausner*

Hon. R. Gary Klausner
United States District Judge